## Amy Zale

**From:** Amy Zale
**Sent:** Wednesday, November 09, 2016 2:35 PM
**To:** 'ableifuss@gmail.com'
**Subject:** RE: FW: Carneal Robinson v. City of Calumet City, et al., Discovery, iPhone5

I don't know how any expert can retrieve any information off the phone without "having access to his entire phone." As you state, Ms. Robinson sent the photographs to Plaintiff's phone, so we want our expert to determine when those pictures were sent/received. Additionally, Mr. Robinson testified that the image of the list of missing currency / coins popped up on his new phone from the icloud, so we want to retrieve that image if possible. We would additionally be asking the expert to look for the items listed in our previous requests to produce. Therefore, how do you propose to complete our discovery request?

Thank you,
Amy

**From:** ableifuss@gmail.com [mailto:ableifuss@gmail.com]
**Sent:** Wednesday, November 09, 2016 2:27 PM
**To:** Amy Zale
**Cc:** Richard Bruen
**Subject:** Re: FW: Carneal Robinson v. City of Calumet City, et al., Discovery, iPhone5

Hi Amy,

Our retained tech guy, Andrew Garrett of Garrett Discovery, says that a week is an inordinately long time to strip a phone of its contents. We object to producing the phone under those terms, and also object to you having access to his entire phone. I hope we can work something out, but if you must file a motion, so be it. My understanding is that the images of the old coins, were taken by the mom, Eleanora, on a digital camera. These were then printed out on an inkjet printer. The printouts were photographed by Eleanora and texted to her son's phone. These images were then eventually emailed to us by our client. Neither the printouts nor the camera are available to us today.

On Tue, Nov 8, 2016 at 1:44 PM, Amy Zale <azale@odelsonsterk.com> wrote:

Adrian:

We need to arrange taking possession of Carneal's phone as previously discussed. Can he drop it off at our office within the next couple of days? Additionally, we will need his icloud email and password. The IT guy is estimating it could take a week or longer, but does not know exactly until he actually has it in his possession.

Thank you,

1

**EXHIBIT C**

Amy E. Zale

Odelson & Sterk, Ltd.

3318 W. 95th Street

Evergreen Park, IL 60805

(708) 424-5678

(708) 741-5053 (fax)

azale@odelsonsterk.com

www.odelsonsterk.com



CONFIDENTIALITY NOTE:

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of any kind is strictly prohibited. If you are not the intended recipient, contact the sender via reply e-mail and destroy all copies of the original message.

**From:** Richard Bruen
**Sent:** Monday, October 24, 2016 3:40 PM
**To:** 'ableifuss@gmail.com'
**Cc:** Amy Zale
**Subject:** Carneal Robinson v. City of Calumet City, et al., Discovery, iPhone5

Adrian,

Last week, you contacted our office and indicated that you are more willing to produce Carneal's iPhone if we were more specific on what we're looking for and how much time we would need the phone, as it will be a hardship to Carneal if he is without his phone for too long.

As to what we are looking for:

- In Request to Produce No. 3, we asked for all photograph, slides, motion pictures, or video tapes taken at the scene of the Incident, of the parties to this lawsuit; or of the "cash and other valuable property that Plaintiff claims was stolen in his Complaint.

- In Request to Produce Nos. 4-5, we asked for any and all documents relating to any insurance claim or claim to law enforcement that Plaintiff made as to the cash and valuable property that he claims was stolen. We defined "document" in a comprehensive sense to include electronically stored documents.

- In Request to Produce No. 6 we asked for all documents related to Plaintiff's damages, including but not limited to invoices, receipts, statements, appraisals, and photographs of the valuable property he claims was stolen.

- In Request to Produce No. 13, we asked for all correspondences, including email and text messages, sent or received by Plaintiff pertaining in any way to the Incident, other than those sent to or received from Plaintiff's attorney.

Any items stored on Plaintiff's IPhone which fall into these categories are responsive and relevant to our discovery requests, so that is what we will be looking for.

As to the timeline, we propose to submit the phone to O'Callahan, Walta & Co., 1301 Forest Ridge Dr., Shererville, IN for inspection. They likely will not be able to give a timeline until they see the phone.

As you are further aware, we are unable to reach Dee (Darrin) Sweeney at the contact number you provided, and Shafeeq Johnson told our office that she wants nothing to do with this case and is homeless. Sweeney contacted our office last Thursday indicating that she is now willing to cooperate. We will set up a time for her deposition shortly. Please advise by Wednesday whether you will be withdrawing Sweeney. If you are not, then please provide accurate contact information for him by Wednesday.

3

Please advise when you have the phone available so we can coordinate how to deliver it to O'Callahan Walta. Thank you.


Richard F. Bruen, Jr.

**ODELSON & STERK, LTD.**

3318 West 95th Street

Evergreen Park, Illinois 60805

Ph.: (708) 424-5678

Fax: (708) 741-5053

rbruen@odelsonsterk.com

www.odelsonsterk.com



TAX ADVICE WAIVER:

In accordance with the requirements imposed on professionals who practice before the Internal Revenue Service, we advise you that any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.


CONFIDENTIALITY NOTE:

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of any kind is strictly prohibited. If you are not the intended recipient, contact the sender via reply e-mail and destroy all copies of the original message.


**From:** ableifuss@gmail.com [mailto:ableifuss@gmail.com]
**Sent:** Tuesday, October 18, 2016 11:38 AM