IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARNEAL ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| CALUMET CITY, | ) | |
| a municipal corporation; | ) | |
| LT. ERICKSON, LT. PIECH; | ) | |
| SGT. BARICH, SGT. MASON, | ) | CASE NO: 15-cv-6752 |
| SGT. GOVERT, SGT. SERRANO, | ) | |
| OFFICER GUERRERO, | ) | |
| DET. JIM RANDALL; | ) | Hon. Judge Dow |
| FIREFIGHTERS BRYANT, | ) | |
| STAPLETON, DIETRICH, | ) | |
| BONIC and BALL, | ) | |
| Calumet employees; | ) | |
| INV. MATT GAINER, | ) | |
| CSI JOHN FOSTER, | ) | |
| CSI DAN GARCIA, | ) | |
| Illinois State Police employees, | ) | |
| | ) | |
| . | ) | |
| | ) | |
| Defendants. | ) | |

## THIRD AMENDED COMPLAINT

The Plaintiff, CARNEAL ROBINSON, by and through his attorneys, DVORAK LAW OFFICES, LLC, complains against Defendant CALUMET CITY and Defendants BARICH, GUERRERO, RANDALL, BRYANT, STAPLETON, BIETRICH, BONIC, BALL, ERICKSON, MASON, GOVERT, SERRANO, PIECH, GAINER, FOSTER, and GARCIA (together "the Defendants"), and states as follows:

I. **PARTIES**

**PLAINTIFF:**

1. The Plaintiff, CARNEAL ROBINSON, is a resident of Cook County, State of Illinois.

   **INSTITUTIONAL/DEFENDANT EMPLOYERS (Hereinafter "Defendant Employers"):**

2. Defendant CALUMET CITY is a city in Cook County, Illinois, and is a municipal corporation.

   **INDIVIDUAL OFFICERS (Hereinafter collectively referred to as the "Individual Defendant Officers"):**

3. Defendants BARICH, GUERRERO, RANDALL, BRYANT, STAPLETON, DIETRICH, BONIC, BALL, ERICKSON, MASON, GOVERT, SERRANO, and PIECH are police officers and/or firefighters who were working under color of law and in the course and scope of their employment with the Defendant CALUMET CITY at all relevant times pertinent to this complaint.

4. Defendants GAINER, FOSTER and GARCIA are Illinois State Police Officers who were working under color of law at all relevant times pertinent to this complaint.

II. **FACTS AND CLAIMS**

5. On the morning of December 21, 2014, the Plaintiff was arrested at the Calumet City Police Department by Defendant BARICH, pursuant to an investigation in which BARICH was a lead investigator. During all times relevant to this complaint, Defendant GAINER was in charge of this same investigation, in his capacity as a commander in the South Suburban Major Crimes Task Force.

6. The actions of Defendants BARICH, with respect to arresting the Plaintiff were unreasonable, willful and wanton, and/or done with malice.

7. The Plaintiff remained in continuous custody of the Calumet City Police Department without being afforded any court appearance or review of probable cause by a magistrate from, upon information and belief, approximately 7:30 AM on December 21, 2014, to

approximately 11:30 PM on December 23, 2014, a total of approximately 64 hours.

8. Continued detentions of of longer than 48 hours without review of probable cause by a neutral magistrate are presumptively unreasonable per the United States Supreme Court's decision in *Gerstein v. Pugh*, 420 U.S. 103 (1975) and its progeny.

9. Between the above dates and times, the aforementioned Defendants BARICH, GAINER, ERICKSON, MASON, GOVERT, SERRANO, and PIECH, were required, per *Gerstein* and its progeny, to ensure the Plaintiff was presented to a neutral magistrate for his initial court appearance or probable cause review or be released from custody, but they failed to do so.

10. There was no justification for Defendants BARICH, GAINER, ERICKSON, MASON, GOVERT, SERRANO, and PIECH to have failed to comply with the United States Supreme Court's decision in *Gerstein v. Pugh*, 420 U.S. 103 (1975).

11. The actions Defendants BARICH, GAINER, ERICKSON, MASON, GOVERT, SERRANO, and PIECH caused the Plaintiff to be deprived of his freedom, causing injury, including a loss of freedom and emotional damages.

12. Furthermore, while the Plaintiff was in custody, Defendants BARICH, GUERRERO, RANDALL, BRYANT, STAPLETON, DIETRICH, BONIC, BALL, GAINER, GARCIA, and FOSTER performed a search of the Plaintiff's home, illegally seizing certain property from the Plaintiff, including but not limited to cash, fixtures, appliances, jewelry, and other valuable property.

13. The Plaintiff brings a 1983 claim against Defendants BARICH, GUERRERO, RANDALL, BRYANT, STAPLETON, DIETRICH, BONIC, BALL, GAINER, GARCIA, and FOSTER for illegally seizing his property and/or for their failure to intervene prevent the unlawful seizure of Plaintiff's (as each individual Defendant Officer had an opportunity to intervene against the actions of the other(s)).

14. The Plaintiff brings a Section 1983 claim against Defendants BARICH, GAINER,

ERICKSON, MASON, GOVERT, SERRANO, and PIECH for illegally detaining him in violation of his above-described rights under *Gerstein*.

15. The Plaintiff brings a claim against Defendants GAINER, ERICKSON, MASON, GOVERT, SERRANO, and PIECH for their roles as supervisors, in directing, encouraging, condoning, and/or turning a blind eye to the conduct of others, for the violation of the Plaintiff's rights under *Gerstein*.

16. The Plaintiff also brings a *Monell* claim against CALUMET CITY for its systematic practice of illegally detaining individuals in violation of *Gerstein*, and for its failure to train and discipline its police officers for their known continuance and systematic practice of violating individuals' rights under *Gerstein*.

17. The Defendant CALUMET CITY is also being sued on an indemnification theory of liability for the federal claims asserted against the Individual Defendant Officers.

WHEREFORE, the Plaintiff demands compensatory damages against the Defendants, plus the costs of this action, plus attorney's fees, and any and other additional relief as this court deems equitable and just. In addition, the Plaintiff seeks punitive damages against the Individual Defendant Officers.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

Respectfully submitted,

s/ Richard Dvorak
Attorney for the Plaintiff

Richard Dvorak
DVORAK LAW OFFICES, LLC
6262 Kingery Highway, Suite 305
Willowbrook, IL 60527
312-593-7146 (p)
richard_dvorak@civilrightsdefenders.com