**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARNEAL ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15 C 6752 |
| | ) | |
| v. | ) | Hon. Robert M. Dow, Jr. |
| | ) | Judge Presiding |
| CALUMET CITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on the 17th day of January, 2017, I filed the attached **Defendants' Gainer, Foster & Garcia's Answer to the Third Amended Complaint,** with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, a copy of which is attached and hereby served upon you.

LISA MADIGAN
Attorney General of Illinois          By:   /s/ Shirley R. Calloway
                                            SHIRLEY R. CALLOWAY
                                            Assistant Attorney General
                                            General Law Bureau
                                            100 W. Randolph St., 13th Fl.
                                            Chicago, Illinois 60601
                                            (312) 814-5581

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system on January 17, 2017. Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

/s/ Shirley R. Calloway